FILED
MAR 28 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | W08-388M |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| V. | ) | [Counts One-Two: 18 U.S.C. § 641 - Theft of |
| | ) | Government Property] |
| TIFFANY L. BROWN (1) | ) | |
| LEAH K. BARENTINE (2) | ) | |
| | ) | |
| Defendant, | ) | |

THE UNITED STATES ATTORNEY CHARGES:

Count One:

On or about January 10, 2008, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, the Defendants,

TIFFANY L. BROWN (1)
LEAH K. BARENTINE (2),

did embezzle, steal, purloin, and knowingly convert to their own use or the use of another property of the United States valued at less than $700.00, to wit: merchandise of the Army and Air Force Exchange Service, in violation of Title 18 United States Code, Section 641.

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
ELISABETH CLAUS
Special Assistant United States Attorney

UNSEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE:       March 18, 2008          MPR # 00241-08              CASE NO.
COUNTY:     Bell
JUDGE:      JEFFREY MANSKE
S.A.U.S.A.: ELISABETH CLAUS

DEFENDANT:

TIFFANY L. BROWN

OFFENSE & MAXIMUM PUNISHMENT: 18 U.S.C. §641 – Theft: 1 year conf.; 1 year TSR; $100,000 fine; $25 SA

UNSEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: March 18, 2008          MPR # 00241-08          CASE NO.
COUNTY: Bell
JUDGE: JEFFREY MANSKE
S.A.U.S.A.: ELISABETH CLAUS

DEFENDANT:

LEAH K. BARENTINE

OFFENSE & MAXIMUM PUNISHMENT: 18 U.S.C. §641 – Theft: 1 year conf.; 1 year TSR; $100,000 fine; $25 SA